**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NOVA USHYTSIA DISTRICT COURT OF KHMELNYTSKYI, UKRAINE IN THE MATTER OF SOLOVEI OLEKSANDR VASYLOVYCH V. KOZLOVSKA INNA MYKOLAIIVNA /

Case No. 26-1447-JLH

**~~[PROPOSED]~~ *EX PARTE* ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Nova Ushytsia District Court of Khmelnytskyi, Ukraine, in *Solovei Oleksandr Vasylovych v. Kozlovska Inna Mykolaiivna*, Foreign Reference Number 12-1686-26, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from Meta Platforms, Inc. ("Meta") for use in connection with a judicial proceeding in the Nova Ushytsia District Court of Khmelnytskyi, Ukraine; and

WHEREAS upon review of the Letter of Request issued by the Nova Ushytsia District Court of Khmelnytskyi, Ukraine in *Solovei Oleksandr Vasylovych v. Kozlovska Inna Mykolaiivna*, seeking evidence from a person that can be found within the jurisdiction of this Court for use in said judicial proceedings in Ukraine, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that Agatha Koprowski, Trial Attorney for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Meta for transmission to the U.S. Department of Justice, Office of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Nova Ushytsia District Court of Khmelnytskyi, Ukraine in *Solovei Oleksandr Vasylovych v. Kozlovska Inna Mykolaiivna*; and to do all else that may be necessary for the accomplishment of the purpose of this Order;

IT IS FURTHER ORDERED that the Commissioner shall serve, by FedEx through Meta's registered agent for service of process, a subpoena upon Meta in substantially similar format to the proposed subpoena attached as Exhibit B to the Application;

IT IS FURTHER ORDERED that Meta may provide a copy of the subpoena to the relevant account owner(s), within five (5) business days of service, and advise them that Meta will provide the information responsive to the subpoena, to the extent any such information exists, unless the account owner(s) files a motion to quash with this Court within 21 calendar days from the date the account owner receives the subpoena;

IT IS FURTHER ORDERED that Meta shall provide responsive information within its possession, custody, or control, to the extent any such information exists, to the Office of International Judicial Assistance within the time indicated on the subpoena, which shall be no shorter than 30 calendar days, unless by the same date Meta or a relevant account owner files a motion to quash or modify the subpoena for good cause;

IT IS FURTHER ORDERED that nothing in this Order shall require Meta to disclose information that is inconsistent with its obligations under the federal Stored Communications Act, 18 U.S.C. §§ 2701-2711; and

IT IS FURTHER ORDERED that the Office of International Judicial Assistance shall provide Meta with a copy of this Order.

Dated this 13th day of November 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE